IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE KEVIN WILLIAMS,                    )
                                          )
        Petitioner,                       )
                                          )
vs.                                       )        CIVIL ACTION NO. 1:18-cv-471-TFM-N
                                          )
NOAH PRICE OLIVER, Warden,                )
Mobile County Metro. Jail,                )
                                          )
        Respondent.                       )

## ORDER

On January 16, 2019, the magistrate judge entered a Report and Recommendation to which

no objections have been filed.  (Doc. 11, filed 1/16/2019).  After due and proper consideration of

all portions of this file deemed relevant to the issue raised, the Report and Recommendation of the

Magistrate Judge is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Williams' present habeas petition (Doc. 1) is

**DISMISSED with prejudice** for lack of jurisdiction, and that his remaining pending motions

(Docs. 6, 8) are **DENIED as moot**.

Final judgment shall issue separately in accordance with this order and Federal Rule of

Civil Procedure 58.

**DONE** and **ORDERED** this the 14th day of February 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE