IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE KEVIN WILLIAMS, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:18-cv-471-TFM-N |
| NOAH PRICE OLIVER, Warden, Mobile County Metro. Jail, | ) ) ) ) | |
| Respondent. | ) | |

## **JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Mr. Williams' present habeas petition (Doc. 1) is **DISMISSED with prejudice** for lack of jurisdiction. Further, the Court determines that Williams is not entitled to a Certificate of Appealability and therefore is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 14th day of February 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE