IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE KEVIN WILLIAMS, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:18-cv-471-TFM-N |
| NOAH PRICE OLIVER, Warden, Mobile County Metro. Jail, | ) ) ) ) | |
| Respondent. | ) | |

### **AMENDED ORDER**

On January 16, 2019, the magistrate judge entered a Report and Recommendation to which no objections have been filed. (Doc. 11, filed 1/16/2019). After due and proper consideration of all portions of this file deemed relevant to the issue raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Williams' present habeas petition (Doc. 1) is **DISMISSED without prejudice**[1] for lack of jurisdiction, and that his remaining pending motions (Docs. 6, 8) are **DENIED as moot**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 14th day of February 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] The Court previously indicated dismissal with prejudice which was in error.